UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CHELLY STAFFORD,<br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security<br>Defendant. | )<br>)<br>)<br>) Case No. 2:23-cv-2070<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of the Plaintiff. Upon receipt of the Court's order, the Appeals Council will remand the matter to an ALJ, who will grant Plaintiff a new hearing; reassess the medical opinion evidence; reevaluate her mental impairments; and determine whether she could perform work that exists in significant numbers in the national economy.

s/COLIN S. BRUCE
Judge/Magistrate Judge

Dated: 10/16/2023